UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Steven C. Mannion |
| v. | : | Mag. No. 16-6082 |
| TONY McCANT | : | **ORDER FOR CONTINUANCE** |

This matter having been opened to the Court by Paul J. Fishman, United States Attorney for the District of New Jersey (by Karen D. Stringer, Assistant United States Attorney), and the defendant Tony McCant (by K. Anthony Thomas, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter; and Defendant being aware that he has the right, under 18 U.S.C. § 3161(b), to have the matter presented to a Grand Jury within thirty (30) days of his arrest; and two previous continuances having been granted; and the Defendant through his attorney having consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. A plea agreement has been signed and additional time is needed to schedule the plea hearing.

2. Defendant has consented to the aforementioned continuance.

3. The grant of a continuance will likely conserve judicial resources.

4. Pursuant to Title 18 of the United States Code, Section 3 161(h)(7)(A), the

   ends of justice served by granting the continuance outweigh the best

   interests of the public and the Defendant in a speedy trial.

WHEREFORE, it is on this __20__ day of September, 2016,

ORDERED that the proceedings in the above-captioned matter are continued

from the date of this order through and including November 30, 2016; and

   ORDERED that the period from the date this Order is signed through

November 30, 2016 shall be excludable in computing time under the Speedy

Trial Act of 1974.


HON. STEVEN C. MANNION
United States Magistrate Judge


Consented and Agreed to by:


K. Anthony Thomas, Esq.
Counsel for Defendant


Rachael Honig
Deputy Chief, Criminal Division


Mary E. Toscano
Chief, General Crimes Unit


Karen D. Stringer
Assistant United States Attorney


RECEIVED IN THE CHAMBERS OF

SEP 19 2016

TIME: _____ M
HON. STEVEN C. MANNION, U.S.M.J.